958 F.2d 366
 Wetherell (J.M.H.P.), Unionamerica Insurance Company, Ltd.,
Insurance Corporation of Ireland, P.L.C.
v.
Sentry Reinsurance, Inc., Phoenix General Insurance Company,
Cole, Booth, Potter, Inc. v. Fenchurch Group Brokers, Ltd.,
Unionamerican Insurance Company (U.K.), Ltd., Icarom,
P.L.C., Poland Syndicate (Syndicate 109)
 NO. 91-1597
 United States Court of Appeals,
Third Circuit.
 Feb 04, 1992
 
 Appeal From: E.D.Pa.,
 O'Neill, J.
 
 
 1
 AFFIRMED.